UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON S. LAVERGNE** | **CIVIL ACTION** |
| **VERSUS** | |
| **LOUISIANA STATE PENITENTIARY, ET AL.** | **NO.: 15-00086-BAJ-SCR** |

## RULING AND ORDER

Before the Court is Petitioner Brandon S. LaVergne's **Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 3)**.[1] The Magistrate Judge has issued a Report (Doc. 6) recommending that Petitioner's action be dismissed without prejudice, for failure to exhaust available state remedies. LaVergne has timely filed an objection to the Magistrate Judge's Report. (*See* Doc. 7).

Having carefully considered LaVergne's § 2241 petition and related documents,[2] the Court **APPROVES** the Magistrate Judge's **Report and Recommendation (Doc. 6)**, and **ADOPTS** the Report as the Court's opinion herein.

---

[1] The instant petition was filed in response to a Deficiency Notice (Doc. 2) sent by the Court's Pro Se Staff Attorney regarding LaVergne's initial petition, (*see* Doc. 1).

[2] LaVergne states in his objection that he is unaware of an exhaustion requirement for a crime of which one has not yet been convicted. (Doc. 7 at p. 1). On the contrary, the U.S. Court of Appeals for the Fifth Circuit has been clear that, in pretrial petitions for federal habeas corpus, which are controlled by 28 U.S.C. § 2241, the requirement to exhaust state court remedies still applies. *See, e.g., Dickerson v. State of La.*, 816 F.2d 220, 225 (5th Cir. 1987) ("[F]ederal courts should abstain from the exercise of that jurisdiction if the issues raised in the petition may be resolved either by trial on the merits in the state court or by other state procedures available to the petitioner."). Notably, neither LaVergne's petition nor his objection mentions or cites any relevant case law in support of his position.

1

For the reasons explained in the Magistrate Judge's Report,

**IT IS ORDERED** that Petitioner Brandon S. LaVergne's **Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 3)** is **DENIED**, and the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 14th day of May, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA